Joseph E. Schloss v. Frank Wilson.   John Chojnacki v. Interborough Rapid Transit Company (2 cases).   Andros Jasinski v. Interborough Rapid Transit Company (2 cases).   Charles C. Taft v. Smith, Gray & Co. A. Victor Gardner v. New York Transportation Company (2 cases). Bernard Lustgarten v. Sol. Hecht.   Edward N. Dickerson v. Mashek Engineering Company.   Herbert H. Chute v. Herbert H. Talmage.   John Felix v. Louis M. Josephthal.— Applications denied, with ten dollars costs in each case.   Orders signed.

Murray & Hill Company v. Boreas Realty Company.   Agnes K. M. Mulligan v. David B. Cocks.   Moss F. Moses v. Walter J. Salomon.   John Driscoll v. Hamburg-American Line.   Jacob Lens v. Modern Woodmen, etc.— Motions denied, with ten dollars costs.

William J. Schieffelin v. J. Gabriel Britt.— Motion granted.   Order to be settled on notice.

The People of the State of New York v. Wolf Brank and Another.— Motion granted; time extended to June 24, 1912.   Order to be settled on notice.

In the Matter of Joseph E. Greenberg.— Referred to official referee. Order to be settled on notice.

Henry L. Preston, Respondent, v. The Barrick Publishing Company, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Charles White v. The Warden of the Workhouse.— Motion to dismiss appeal granted.

Elijah W. Sells and Others v. Autographic Register Company.— Motion to dismiss appeal denied, with ten dollars costs.

Mary McSweeney v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Adolf H. Landeker v. Property Security Company and Others.— Motion to dismiss appeal granted, without costs.

Albert Farjeon v. Indian Territory Illuminating Oil Company and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Henry Powell v. German Artistic Weaving Company.— Motion to dismiss appeal granted, with ten dollars costs.

Elizabeth Sutorius v. Richard D. Scholl and Others.— Motion to dismiss appeal granted, with ten dollars costs. .

Thomas Sealy v. Clarence Foote.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Michael J. Slattery v. National Fireproofing Company.— Motion to dismiss appeal granted, with ten dollars costs.

Sigmund Kornberg v. Bogumsil Laski and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Giuseppa Marino, as Administratrix, v. Runkel Brothers.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.